Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2021 JUL 16 AM 11:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 21-mj-3043 |
| v. | |
| Luis Armando Victoria Dominguez | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **7/15/21** at **10:30** ☑ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
   **Interference with Flight Crew Members and Attendants 49 U.S.C 46504**

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☑ Yes   Language: **Spanish**

7. Year of Birth: **1987**

8. Defendant has retained counsel: ☐ No
   ☑ Yes   Name: **Christy O'Connor**   Phone Number: **213-894-4863**

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): **Defendant has broken right leg.**

11. Name: **Gregory Myers** (please print)

12. Office Phone Number: **310-923-1927**

13. Agency: **FBI**

14. Signature: _[signature]_

15. Date: **7/15/21**

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION